UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

EVA CONCEPCION Velazquez-Garcia
Defendant(s)

CRIMINAL NO. 08mj2166

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, LOUISA S. PORTER

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Antonio Torres-Torres

DATED: 7/29/08

LOUISA S. PORTER

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ______________
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by [signature]
Deputy Clerk

R. F. MESSIG

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082